IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAVAR D. BROWN,

       *Petitioner,*

   v.

JOHN E. WETZEL, et al.,

       *Respondents.*

CIVIL ACTION
NO. 10-5553

## ORDER

**AND NOW**, this 21st day of April, 2026, the Philadelphia District Attorney's Office's Motion for Leave to Withdraw Joint Motion (Dkt. No. 62) is **GRANTED** for the reasons stated during today's hearing (Dkt. No. 73).

The Joint Motion for Sentencing Relief (Dkt. No. 33) is **WITHDRAWN WITH PREJUDICE**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.