# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAVAR D. BROWN,<br><br>      Petitioner,<br><br>  v.<br><br>JOHN E. WETZEL, Secretary, Pennsylvania Department of Corrections; JAMIE SORBER, Superintendent, SCI-Phoenix; and MARK GARMAN, Superintendent, SCI-Rockview,<br><br>      Respondents. | :<br>:<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  No. 10-cv-5553<br>:<br>:<br>:<br>:  THIS IS A CAPITAL CASE<br>:<br>:<br>:<br>: |

## JOINT STATUS REPORT

The parties, through undersigned counsel, hereby file this joint status report pursuant to the Court's Order dated November 15, 2024 (Doc. 57), and state as follows:

Petitioner's state PCRA proceedings are pending in the Philadelphia County Court of Common Pleas.  At a May 7, 2026 status hearing in the Court of Common Pleas, Petitioner Lavar Brown stated his intention to secure new counsel for the state court proceeding in the capital case.

The state court set September 11, 2026 as the date for the next status hearing at which, if Mr. Brown secures new counsel, new counsel should appear on Mr. Brown's behalf.

Respectfully submitted,

s/ Jonathan Todd
DAVID NAPIORSKI
STEVEN J. WILDBERGER
JONATHAN TODD
Assistant District Attorneys
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA  19107
(215) 686-8000
David.Napiorski@phila.gov
Jonathan.Todd@phila.gov
Steven.Wildberger@phila.gov

Counsel for Respondents

Date:   May 14, 2026

s/ Samuel J.B. Angell
TRACY ULSTAD
SAMUEL J.B. ANGELL
Assistant Federal Defenders
Federal Community Defender Office
  for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Samuel_Angell@fd.org
Tracy_Ulstad@fd.org

Counsel for Petitioner, Lavar Brown